# ELECTRONIC RECORD

*079-15*
*080-15*
*081-15*
*082-15*

COA # 02-13-00247-CR          OFFENSE: 29.03

STYLE: Charles Camp v. The State of Texas     COUNTY: Tarrant

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 297th District Court

DATE: 12/11/14          Publish: NO     TC CASE #:     1324667R

## IN THE COURT OF CRIMINAL APPEALS

*079-15*
*080-15*
*081-15*
*082-15*

STYLE:     Charles Camp v. The State of Texas          CCA #: _____

_____ PRO SE _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: 04/22/2015          SIGNED: _____     PC: _____

JUDGE: _____          PUBLISH: _____     DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD